■ CANDIDA DUVERGE, Respondent, v WASHFIELD MANAGEMENT et al., Appellants. [1 NYS3d 813]—

Order, Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered October 22, 2013, which denied defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The tenant of the apartment at issue testified that defendants' superintendent was told about and shown the defective condition of the tiles on which plaintiff tripped, but repeatedly refused requests to repair the floor. Defendants' denial of any such knowledge merely raises triable issues of fact. Concur—Friedman, J.P., Sweeny, Saxe, Feinman and Clark, JJ. **[Prior Case History: 2013 NY Slip Op 33727(U).]**